**975 LAKE SHORE & MICH. SOUTHERN RY. CO. ET AL. vs. RECORDERS' COURT JUDGE, No. 12096, 89 M., 5.**

To compel respondent to vacate order directing clerk to transmit verdict roll, and copy of order confirming same, to the common council, pending appeal, and grant an extension of time to prepare a case for settlement, it appearing that the delay was due to the volume of testimony, and the failure of the court stenographer to report it, due diligence having been shown.

Granted in the alternative June 30, 1891.

**976 FLINT & PERE MARQUETTE R. R. Co., vs. CIRCUIT JUDGE (St. Clair), No. 12074½.**

To compel respondent to find the facts and conclusions of law.

Order to show cause denied June 18, 1891.

Abandonment proceedings. Held, that the proceeding was a special one under the statute, and circuit judge was not required to present findings. An appeal lies as in any other chancery cause.

**977 EGGLESTON vs. CIRCUIT JUDGE (Kent), 50 M., 147.**

To compel respondent to allow the filing of exceptions to special findings.

Denied February 27, 1883.

The findings were filed in May, 1880. In April, 1882, leave was asked to file exceptions. Held, that relator had been guilty of laches.